UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRACE TEMISAN EKPERIGIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:24-cv-00232 |
| VANDERBILT UNIVERSITY, et al., | ) |
| Defendants. | ) |

## ORDER

On March 4, 2023, the Court held a hearing on Plaintiff's Emergency Petition for a Temporary Restraining Order ("Emergency Petition") (Doc. No. 3). For the reasons stated on the record, Plaintiff's Emergency Petition is **DENIED**, and the Court's prior Order maintaining the status quo (Doc. No. 6) is **VACATED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE