UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRACE TEMISAN EKPERIGIN, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:24-cv-00232 |
| ) | |
| v. ) | |
| ) | |
| VANDERBILT UNIVERSITY, ) | |
| NEIL E. JAMERSON, and ) | |
| JOHN & JANE DOE, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), informed the Court that they are in agreement as to the dismissal of all remaining claims against Defendants Vanderbilt University, Neil E. Jamerson, and John & Jane Doe. Accordingly, this civil action is hereby **DISMISSED WITHOUT PREJUDICE.** The Clerk shall close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
Chief United States District Judge

1